October 16, 1981.
438 A.2d 639

Chorney, et al., Appellants v. Widener College, et al.

Argued December 2, 1980. Michael T. McDonnel, Jr., for appellants; George J. McConchie, for Widener, appellee; Charles W. Craven, did not submit a brief on behalf of Day & Zimmerman, Inc., appellees; Joseph X. Heincer, did not submit a brief on behalf of Luppold, Inc., et al. appellees.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The order of the lower court is hereby affirmed.

HOFFMAN, J., concurred in the result.